IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL FREEMAN MCLEARY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-6524 |
| | : | |
| TAMMY FERGUSON, et al. | : | |

## ORDER

AND NOW, this 29th day of June, 2017, upon careful and independent consideration of Petitioner Michael Freeman McLeary's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254, and after de novo review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and McLeary's objections thereto, it is ORDERED:

1. McLeary's objections (Document 31) are OVERRULED[1];

2. The Report and Recommendation (Document 26) is APPROVED and ADOPTED;

3. McLeary's Petition for Writ of Habeas Corpus (Document 1) is DENIED; and

4. There has been no substantial showing of the denial of a constitutional right warranting the issuance of a certificate of appealability.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] In her Report and Recommendation (R&R), Judge Caracappa recommends denial of McLeary's habeas petition on the basis of procedural default. On February 14, 2017, McLeary filed objections to the R&R, which are wholly unintelligible and in no way address the merits of his claim or the R&R. In any event, because the Court agrees with the R&R that McLeary's claims are procedurally defaulted, it will overrule the objections and deny the petition.